UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HEARTLAND ALLIANCE FOR HUMAN NEEDS & HUMAN RIGHTS d/b/a NATIONAL IMMIGRANT JUSTICE CENTER<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT *et al.*<br><br>Defendants. | No. 1:16-cv-00204-RC<br><br><u>ORAL ARGUMENT REQUESTED</u> |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Plaintiff moves this Court for summary judgment that Defendants have not carried their burden of establishing that the requested withholdings are properly exempt from disclosure and that all reasonably segregable, non-exempt, non-privileged portions of the withheld documents were released. Plaintiff further seeks an order directing Defendant ICE to produce a *Vaughn* index of its withholdings concerning the setting and calculation of bond amounts.

Plaintiff respectfully submits the accompanying memorandum of points and authorities in support of this motion.

Dated:  January 4, 2019         Respectfully submitted,

/s/ Seth A. Watkins
Seth A. Watkins (D.C. Bar # 467470)
    Email:  watkins@wlapllc.com
WATKINS LAW & ADVOCACY, PLLC
1455 Pennsylvania Avenue NW, Suite 400
Washington, DC 20004
Telephone: (202) 355-9421

- 1 -

Facsimile: (202) 355-9424

Of Counsel:
Mark M. Fleming*
    Email: MFleming@heartlandalliance.org
HEARTLAND ALLIANCE FOR
HUMAN NEEDS & HUMAN RIGHTS
D/B/A NATIONAL IMMIGRANT JUSTICE CENTER
208 S. LaSalle St., Suite 1300
Chicago, IL 60604
Telephone: (312) 660-1628
Facsimile: (312) 660-1505

*moving for admission *pro hac vice*

*Attorneys for Plaintiff*
*Heartland Alliance for Human*
*Needs & Human Rights*
*d/b/a National Immigrant Justice Center*